IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

_____

WER1 WORLD NETWORK,
ET AL,

      Plaintiffs,

vs.                      CASE NO. 11-CV-901- CNC

CYBERLYNK NETWORK, INC., ET AL.

      Defendants.

_____

**NOTICE OF MOTION AND MOTION
FOR SUMMARY JUDGMENT**

_____

PLEASE TAKE NOTICE that defendant, CyberLynk Network, Inc. ("CyberLynk") , by its attorney, Nicholas C. Zales, will bring the following motion for summary judgment dismissing the plaintiff's claims to be heard at a date and time to be set by the Court.

**MOTION**

CyberLynk respectfully moves this Court for Summary Judgment pursuant to Fed. R. Civ. P. 56. The grounds for this motion are set forth in the CyberLynk Memorandum of Law in support of Motion for Summary Judgment, the Affidavit of Adam M. Hobach, the Affidavit of counsel and the record.

Dated this 25th day of October, 2013.

ZALES LAW OFFICE


s/Nicholas C. Zales
Attorney for CyberLynk Network, Inc.
SBN 1019289

Zales Law Office
9012 W Holt Ave
Milwaukee, WI 53227
414-224-8411
zales1958@yahoo.com
www.zaleslawoffice.com