UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WER1 WORLD NETWORK,
        Plaintiff,

vs.                                         Case No. 2011-cv-00901-CNC

CYBERLYNK NETWORK, INC., et al.,
        Defendants.

## STIPULATION REGARDING JUDGMENT AGAINST DEFENDANT MICHAEL JEWSON

The Parties identified below hereby stipulate and agree as follows:

1. Judgment shall be entered against Defendant Michael Jewson on Plaintiff WeR1 World Network's Third Claim for Relief – Conversion;

2. Judgment shall be entered against Defendant Michael Jewson on Plaintiff WeR1 World Network's Fourth Claim for Relief – Computer Fraud and Abuse Act, 18 USC § 1030(a)(5)(B);

3. The amount of damages related to such claims shall be determined by trial or future hearing and entry of judgment against Defendant Michael Jewson shall not affect his ability to dispute and/or litigate at trial or hearing the amount of damages.

                                        s/ Stephanie M. Erickson – SB# 1055114
                                        Attorney for Plaintiff WeR1 World Network
                                        ERICKSON LEGAL OFFICE, LLC
                                        5776 N. Witte Lane
                                        Glendale, WI 53209
                                        Ph.: (414) 367-7306
                                        Fax: (815) 301-3455
                                        Email: Stephanie.Erickson@Erickson-Legal.com

                                        s/ Jeremy P. Levinson – SB# 1026359
                                        Attorney for Defendant CyberLynk Network, Inc., et al.
                                        HALLING & CAYO, SC
                                        320 E. Buffalo Street, Suite 700
                                        Milwaukee, WI 53202-5837
                                        Ph.: 414-271-3400
                                        E-mail: jpl@hallingcayo.com