UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WER1 WORLD NETWORK,
        Plaintiff,

vs.                                                  Case No. 11CV901

CYBERLYNK NETWORK, INC., et al.,
        Defendants.

## STIPULATION REGARDING MODIFICATION OF DEADLINES

The Parties identified below hereby stipulate and agree to the modification of response and reply briefs as follows:

**1.** The response brief deadline shall be extended to December 11, 2013; and

**2.** The reply brief deadline shall be extended to January 10, 2014.

Dated at Milwaukee, Wisconsin, this 12th day of November, 2013.

        s/ Stephanie M. Erickson-SB # 1055114
        Attorney for Plaintiff WeR1 World Network
        ERICKSON LEGAL OFFICE, LLC
        5776 N. Witte Lane
        Glendale, WI 53209
        Ph.: (414) 367-7306
        Fax: (815) 301-3455
        Email: Stephanie.Erickson@Erickson-Legal.com

        s/Nicholas C. Zales–SB # 1019289
        Attorney for Defendant Cyberlynk Network
        ZALES LAW OFFICE
        9012 W. Holt Ave.
        Milwaukee, WI 53227
        Ph.: 414-224-8411
        E-mail: nickzales@gmail.com