UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

WER1 WORLD NETWORK,
INGRID WANG,

        Plaintiffs,

        v.                                Case No. 11-C-0901

CYBERLYNK NETWORK, INC.,
SCOTT JEWSON,
JOHN DOES 1-10,
JANE DOES 1-10,
DOE PARTNERSHIPS 1-10,
DOE CORPORATIONS 1-10,
DOE ENTITIES 1-10,

        Defendants.

## ORDER FOR DISMISSAL OF CLAIMS BETWEEN PLAINTIFF WER1 WORLD NETWORK, INC. AND DEFENDANT CYBERLYNK NETWORK, INC.

This matter is before the Court upon the Stipulation for Partial Dismissal of Defendant CyberLynk Network, Inc. with prejudice filed by the parties.

Based upon all the files, records and proceedings herein,

IT IS ORDERED that this action is DISMISSED WITH PREJUDICE WITH RESPECT TO ALL CLAIMS BETWEEN WER1 WORLD NETWORK, INC. AND DEFENDANT CYBERLYNK NETWORK, INC., and without costs, disbursements, or attorneys' fees to any party.

Dated at Milwaukee, Wisconsin, this 23rd day of January, 2015.

                                            BY THE COURT

                                            /s/ C.N. Clevert, Jr.
                                            C.N. CLEVERT, JR.
                                            U.S. DISTRICT JUDGE