UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

---

WER1 WORLD NETWORK,

    Plaintiff,

    v.                                  Case No. 11-C-0901

MICHAEL SCOTT JEWSON,

    Defendant.

---

## ORDER DISMISSING CASE WITHOUT PREJUDICE

The remaining parties having advised the court, by letter filed January 13, 2015, that they had settled the final issues in this case,

IT IS ORDERED that this case is dismissed without prejudice. The dismissal will convert to a dismissal with prejudice upon the filing by counsel of such a stipulation.

IT IS FURTHER ORDERED that the parties may move to reopen the case within thirty days if necessary.

Dated at Milwaukee, Wisconsin, this 27th day of February, 2015.

                                                  BY THE COURT

                                                  /s/ C.N. Clevert, Jr.
                                                  C. N. CLEVERT, JR.
                                                  U. S. DISTRICT JUDGE