# United States District Court

EASTERN DISTRICT OF WISCONSIN

WER1 WORLD NETWORK,

        Plaintiff,

        v.

MICHAEL SCOTT JEWSON,

        Defendant.

**JUDGMENT IN A CIVIL CASE**
Case No. 11-C-0901

    This action came before the court, the issues have been decided and a decision has been rendered. Now, therefore,

    IT IS ORDERED AND ADJUDGED that judgment is entered in the amount of twenty-five thousand dollars ($25,000.00) against defendant Michael Scott Jewson in favor of plaintiff WeR1 World Network.

APPROVED:    s/ C.N. CLEVERT, JR.
                  C.N. CLEVERT, JR.
                  U.S. District Judge

JON W. SANFILIPPO
Clerk

3/31/2015
Date

s/ C. Fehrenbach
(By) Deputy Clerk